Jonah A. Grossbardt (State Bar No. 283584)
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorneys for Plaintiff
FOTOHAUS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOTOHAUS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMERTRACK, INC.,<br><br>Defendant. | CASE NO.: '18CV0687 WQHJLB<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff FOTOHAUS, LLC ("Plaintiff" or "Fotohaus") by and through its undersigned counsel, brings this Complaint In the United States District Court for the Southern District of California against Defendant CONSUMERTRACK, INC. ("Defendant" or "ConsumerTrack") for damages and injunctive relief, alleging as follows:

1

COMPLAINT FOR COPYRIGHT INFRINGEMENT
CASE NO.:

## SUMMARY OF THE ACTION

1. Fotohaus brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Fotohaus' original copyrighted Works of authorship.

2. Fotohaus is owned by Daniel Foster ("Foster"). Foster is an experienced freelance photographer. Foster is a member of the Royal Photographic Society. Foster's work has been published online and offline through numerous publications and organizations, including National Geographic, der Freitag, the World Wildlife Fund, Virgin Media, and Smithsonian magazine.

3. Among Foster's works for Fotohaus is the image titled "Online Banking" (the "Work") (attached as **Exhibit 1**). The image "Online Banking" depicts a cropped set of male hands with one of the hands holding on to a consumer credit card or alternatively a debit card while the other hand is placed on a computer mouse. In front of the hands is a computer key board. The image is designed to convey the message of online shopping and online banking with a credit card.

4. ConsumerTrack, Inc. copied Fotohaus' "Online Banking" image and has placed it on various of its websites without permission or license (attached as Exhibit 2).

\\

\\

5. This case is about ConsumerTrack's appropriation of Foster's image and ConsumerTrack's unauthorized use of the image. This unauthorized exploitation of the original image constitutes copyright infringement.

## PARTIES

6. Fotohaus is the copyright owner of the composition titled "Online Banking" by assignment or by virtue that it was a work for hire done by Foster in the course and scope of his employment with Fotohaus.

7. Fotohaus is a limited liability corporation organized and existing under the laws of the state of Florida.

8. Defendant ConsumerTrack, Inc., is a corporation organized and existing under the laws of the state of California, with its principal place of business at 2121 Rosecrans Avenue, Suite 1300, El Segundo, California, 90245.

9. ConsumerTrack is an internet marketing services corporation which owns and operates websites with audiences of millions each month.

## JURISDICTION AND VENUE

10. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

11. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

12. This Court has personal jurisdiction over Defendant ConsumerTrack because ConsumerTrack has ownership and/or control of one or more interactive websites aimed at residents of California.

13. This is an action for copyright infringement arising under the Copyright Act, 17 U.S.C. § 101.

14. Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 1400(a) because a substantial part of the acts of infringement complained of herein occurs or has occurred in this District.

## PLAINTIFF AND THE COPYRIGHTED WORK AT ISSUE

15. On June 10, 2014, Foster created the Work.

16. On June 11, 2014, Foster published and displayed the "Online Banking" image on the publicly accessible website Flickr https://www.flickr.com/photos/danielfoster/14399011645/.

17. A true and accurate copy of the "Online Banking" Image is attached as **Exhibit 1**.

18. Foster has registered the copyright in the Work. A true and correct copy of the Certificate of Registration for the Work, No. VA 1-919-051, is attached as **Exhibit 3**.

19. After registration, Foster assigned ownership in the Work to Fotohaus, which is the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

20. All of Defendant's actions were taken without prior request or permission of Fotohaus.

21.   On a date after the Work in this action was created, but prior to the filing of this action, Defendant copied the Work.

22.   Further, Defendant publicly distributed and/or publicly displayed the infringed Work by placing it on its server and enabling them to appear on its publicly accessible websites attached as Exhibit 2.

23.   On or about July 05, 2015, Fotohaus discovered that Defendant had published the Work on its websites:

http://www.gobankingrates.com/banking/history-online-banking/;

http://www.seattlepi.com/business/fool/article/How-Online-Banking-Evolved-Into-a-Mainstream-5881574.php;

http://www.fool.com/investing/general/2014/11/09/how-online-banking-evolved-into-a-mainstream-finan.aspx; http://theinvestorzone.com/2014/11/09/how-online-banking-evolved-into-a-mainstream-financial-tool/; and

http://www.chron.com/business/fool/article/How-Online-Banking-Evolved-Into-a-Mainstream-5881574.php attached as Exhibit 2.

24.   On November 24, 2015, Fotohaus sent ConsumerTrack a letter demanding that ConsumerTrack remove the infringing Work from its website and seeking compensation for the unauthorized copying and use of his copyrighted Work.

25.   Despite ongoing efforts of counsel to secure fair compensation for the copyright infringement, ConsumerTrack rejected Plaintiff's request for a

reasonable and fair licensing fee that would allow ConsumerTrack to use this Work while addressing ConsumerTrack's past infringement violation.

26. Despite Fotohaus' good-faith efforts to resolve this dispute, ConsumerTrack has failed to compensate Fotohaus for its unauthorized exploitation and dissemination of his federally-registered, copyrighted photographs.

**COUNT I**
**COPYRIGHT INFRINGEMENT**

27. Plaintiff realleges and incorporates herein the allegations in Paragraph 1-26, inclusively.

28. Plaintiff owns valid copyrights in the Work at issue in this case.

29. Plaintiff registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C § 411(a).

30. Defendant has reproduced the Work, displayed it publicly, made derivatives, and distributed them to the public on an unlimited and unrestricted basis without permission, all in violation of 17 U.S.C § 501.

31. Defendant performed the acts alleged in the course and scope of their internet marketing services.

32. Plaintiff has been damaged.

33. The harm caused to Plaintiff has been irreparable.

34. Plaintiff is entitled to recover from Defendant the damages he has sustained and will sustain, and any gains, profits and advantages by the Defendant as a result of the Defendant's willful acts of infringement alleged in this complaint, or in the alternative statutory damages, as well as attorneys fee, and such damages and awards available under 17 U.S.C §504-505.

## PRAYER FOR RELIEF

For the reasons set forth above, FOTOHAUS, LLC respectfully requests that the Court enter judgment for Fotohaus and against Defendant CONSUMERTRACK, INC. as follows:

A. An award of monetary damages sufficient to compensate Plaintiff for the injuries suffered as a result of Defendant's wrongful conduct;

B. An award of Defendant's profits and unjust enrichment realized from its infringement;

C. An award to Plaintiff of his costs and reasonable attorney's fees expended in this action; and

D. An award of such other and further relief as the Court deems just and proper

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: April 6, 2018       */s/ Jonah A. Grossbardt*
                           JONAH A. GROSSBARDT

1  **SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
2  Attorneys for Plaintiff Fotohaus, LLC