John Du Wors, State Bar No. 233913
*john@newmanlaw.com*
Nathan Durrance, State Bar No. 229210
*nate@newmanlaw.com*
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Phone: (206) 274-2800
Facsimile: (206) 274-2800

Counsel for Defendant
ConsumerTrack, Inc.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOTOHAUS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONSUMERTRACK, INC.,<br><br>　　　　Defendant. | Case No. 3:18-cv-00687-WQH-JLB<br><br>**DEFENDANT CONSUMERTRACK, INC'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT FOR COPYRIGHT INFRINGEMENT** |

Defendant ConsumerTrack, Inc. by and through its undersigned counsel bring this response to Plaintiff Fotohaus, LLC's Complaint in the United States District Court for the Southern District of California. Defendant denies that Plaintiff is entitled to any relief, including damages or injunctive relief.

## SUMMARY OF THE ACTION

1. Defendant admits this is an action under the Copyright Act. Defendant denies the remainder of the allegations in this paragraph of the Complaint.

2. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

3. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

4. Defendant denies the allegations of this paragraph of the Complaint.

5. Defendant denies the allegations of this paragraph of the Complaint.

## PARTIES

6. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

8. Defendant admits the allegations of this paragraph of the Complaint.

9. Defendant denies the allegations of this paragraph of the Complaint.

## JURISDICTION AND VENUE

10. Defendant admits that this action purports to arise under the Copyright Act. Defendant denies the remainder of the allegations of this paragraph of the Complaint.

11. Defendant denies the allegations of this paragraph of the Complaint.

12. Defendant denies the allegations of this paragraph of the Complaint.

13. Defendant admits that this action purports to arise under the Copyright Act. Defendant denies the remainder of the allegations of this paragraph of the Complaint.

14. Defendant denies the allegations of this paragraph of the Complaint.

## PLAINTIFF AND THE COPYRIGHTED WORK AT ISSUE

15. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

16. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

17. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

18. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

19. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

**INFRINGEMENT BY DEFENDANT**

20. Defendant denies the allegations of this paragraph of the Complaint.

21. Defendant denies the allegations of this paragraph of the Complaint.

22. Defendant denies the allegations of this paragraph of the Complaint.

23. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

24. Defendant denies the allegations of this paragraph of the Complaint.

25. Defendant denies the allegations of this paragraph of the Complaint.

26. Defendant denies the allegations of this paragraph of the Complaint.

**COUNT I**

**COPYRIGHT INFRINGEMENT**

27. Defendant incorporates by reference its answers to the paragraphs above.

28. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

29. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

30. Defendant denies the allegations of this paragraph of the Complaint.

31. Defendant denies the allegations of this paragraph of the Complaint.

32. Defendant denies the allegations of this paragraph of the Complaint.

33. Defendant denies the allegations of this paragraph of the Complaint.

34. Defendant denies the allegations of this paragraph of the Complaint.

## PRAYER FOR RELIEF

Defendant denies that Plaintiff is entitled to the relief it seeks in the Complaint.

## JURY DEMAND

Defendant demands a trial by jury of all issues so triable.

## AFFIRMATIVE DEFENSES

Without admitting any allegations in the Complaint, Defendant asserts the following affirmative defenses:

## FIRST AFFIRMATIVE DEFENSE

Defendant did not and has not infringed (directly, contributorily, or by inducement) any Copyright of Plaintiff.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's asserted Copyright is invalid or unenforceable for failing to comply with one more of the conditions for Copyright and the remedies sought.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff is estopped from asserting claims of Copyright infringement of the asserted work.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff has no legal standing to assert the alleged Copyrighted work.

## SEVENTH AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against Defendant upon which relief can be granted.

## EIGHTH AFFIRMATIVE DEFENSE

Defendants reserve the right to aset any other defenses that discovery may reveal.

## NINTH AFFIRMATIVE DEFENSE

Any use the Defendant may have made of the alleged work of Plaintiff was with permission and license, for example the Creative Commons License.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to statutory damages and suffered no actual damages. Thus, Defendant denies that the Court has subject matter jurisdiction, including but not limited to because there is no case or controversy. Plaintiff has no standing, and Plaintiff suffered no injury under *Spokeo v. Robins*, 136 S.Ct. 1540 (2016).

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff waived his claims, including but not limited to, by offering the asserted work for free.

hDated: September 28, 2018

Respectfully submitted,

_____
John Du Wors, State Bar No. 233913
Nathan Durrance, State Bar No. 229210
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Telephone:  (206) 274-2800
Facsimile:  (206) 274-2800
Email:  *john@newmanlaw.com*
  *nate@newmanlaw.com*

Counsel for Defendant
ConsumerTrack, Inc.